IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:13-CR-24-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| ROBERT EBEY TAYLOR | ) | |

At the direction of the Court, and for the continued efficient administration of justice, this case is reassigned to the Honorable Terrence W. Boyle, Chief United States District Judge, for all further proceedings. **All future documents shall reflect the revised case number of 2:13-CR-24-1BO.**

SO ORDERED. This the 8th day of June, 2020.

/s/ Peter A. Moore, Jr.
Clerk of Court